■ SANDOR OBERLANDER et al., Appellants, v SALOMON LEVI, Respondent.—In a proceeding pursuant to CPLR 7503 to stay arbitration, the petitioners appeal from an order of the Supreme Court, Kings County (Adler, J.), dated April 14, 1986, which denied their application.

Ordered that the order is affirmed, with costs.

We conclude, upon the basis of the record before us, that the petitioners' application for a stay of arbitration was properly denied. Mangano, J. P., Thompson, Brown and Eiber, JJ., concur.